# United States Bankruptcy Court
## Northern District of Mississippi

In re: Demonica Wright, Debtor(s)

Case No. _____
Chapter 13

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: April 4, 2025

/s/ Demonica Wright
Demonica Wright
Signature of Debtor

Acima Credit
13907 Minuteman Dr Fl 5
Draper, UT 84020


Amazon Marketplace
410 Terry Ave N
Seattle, WA 98109


American First Finance
Attn: Bankruptcy
3100 Olympus Blvd Ste 300
Coppell, TX 75019


Amex
Correspondence/Bankruptcy
PO Box 981535
El Paso, TX 79998


Auto Credit
1600 S Gloster St
Tupelo, MS 38801


Auto Credit
1505 S Gloster St
Tupelo, MS 38801


CACI
Attn: Bankruptcy
500 Northwest Plaza
Saint Ann, MO 63074


Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130


Citibank/The Home Depot/Citicorp Credit
Centralized Bankruptcy
PO Box 790040
Saint Louis, MO 63179


Comenity Capital Bank/MyPlace Rewards
PO Box 182125
Columbus, OH 43218


Credit Acceptance
Attn: Bankruptcy
25505 W 12 Mile Rd Ste 3000
Southfield, MI 48034


EdFinancial Services
Attn: Claims
PO Box 36008
Knoxville, TN 37930

Koalafi
Attn: Bankruptcy
PO Box 5518
Glen Allen, VA 23058


LVNV Funding/Resurgent Capital
Attn: Bankruptcy
PO Box 10497
Greenville, SC 29603


Midland Credit Mgmt
Attn: Bankruptcy
PO Box 939069
San Diego, CA 92193


Mohela
Attn: Bankruptcy
633 Spirit Dr
Chesterfield, MO 63005


MoneySpot Direct dba Sunshine Loans
429 Santa Monica Blvd Ste 520
Santa Monica, CA 90401


National Credit Adjusters
Attn: Bankruptcy
PO Box 3023
Hutchinson, KS 67504


OCH Professional Services
PO Box 1326
Starkville, MS 39760


OCH Regional Medical Center
PO Drawer 1506
Starkville, MS 39760


Opportunity Financial, LLC
130 E Randolph St Ste 3400
Chicago, IL 60601


Public Finance
PO Box 1723
Tupelo, MS 38802


QC Financial Services, Inc/LendNation
8208 Melrose Dr
Lenexa , KS 66214


Snap Finance
PO Box 26561
Salt Lake City, UT 84126


Starkville Radiology PLLC
PO Box 2709
Slidell, LA 70459

Synchrony Bank/Care Credit
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896


TRS Recovery Services
1600 Terrell Mill Rd
Marietta, GA 30067


UMMC School of Dentistry
PO Box 3488
Dept #05-078
Tupelo, MS 38803


US Attorney
900 Jefferson Ave
Oxford, MS 38655


World Finance
Attn: Bankruptcy
PO Box 6429
Greenville, SC 29606